UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ASHLEY FAYNE | CIVIL ACTION |
| VERSUS | NO: 22-04967 |
| SOCIAL SECURITY ADMINISTRATION, Kilolo Kijakazi, Acting Commissioner of Social Security | SECTION: T |

## ORDER AND REASONS

Before the Court is Plaintiff Asley Fayne's Motion for Attorney Fees. R. Doc. 16. For the reasons set forth below, the Court will grant the Motion.

On April 8, 2025, the Court entered a judgment in favor of Plaintiff vacating the decision of the Commissioner and remanding the matter for further proceedings. R. Doc. 14. Plaintiff has filed a Motion for Attorney Fees pursuant to the Equal Access to Justice Act ("EAJA") seeking $2,585.00 in attorney's fees. R. Doc. 16. Costs have not been requested.

The Commissioner does not dispute that Plaintiff is entitled to attorney fees under the EAJA, does not object to the documented 11.75 hours of time devoted to the relief obtained, and does not object to the requested hourly rate of $220.00.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Attorney Fees (R. Doc. 16) is GRANTED as follows: Plaintiff is awarded $2,585 in attorney fees (representing 11.75 hours at $220.00 per

1

hour).

**IT IS FURTHER ORDERED** that the Motion for Attorney Fees filed in error at R. Doc. 15 is DISMISSED AS MOOT.

New Orleans, Louisiana, this 23rd day of April 2025.

                                             _____
                                             GREG GERARD GUIDRY
                                             UNITED STATES DISTRICT JUDGE

2